UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-CV-11021-RGS

MAURICE SEDWELL, LTD.

v.

LAWRENCE NOVAK

<u>RESPONSE TO THE ORDER OF THE COURT OF APPEALS
DATED JANUARY 18, 2011</u>

January 20, 2011

STEARNS, D.J.

On January 18, 2011, the United States Court of Appeals for the First Circuit remanded this case to the District Court for the limited purpose of determining the date on which a notice of appeal was filed by appellant Lawrence Novak. The court has reviewed the docket and has made the determination that the notice of appeal was filed in the District Court on December 1, 2010. The notice of appeal (Docket #33), was stamped as received in the Clerk's Office at 11:20 a.m. on December 1, 2010. The notice of appeal is dated September 15, 2010 by a handwritten insertion. The discrepancy between the two dates was significant enough to have caught the attention of the docket clerk. She clearly noted it in her docket entry. <u>See</u> id. There is no evidence that the notice of appeal was timely filed other than appellant's assertion that he placed it in the prison mail on September 15, 2010. The court does not credit the assertion in light of the docket entries.

Respectfully submitted.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE