United States Of America
United States District Court
The District of Massachusetts

Maurice Sedwell, LTD.    FILED
                        IN CLERKS OF

    v.                  2013 MAY -3 A 11:09-cv-11021-rgs

Lawrence P. Novak       U.S. D'    : C
                        DIST    JF M.

    ///

### Notice of Appeal

Now Comes Lawrence P. Novak and files a notice of appeal regarding
his 60(b) motion and his motion for recusal. Novak has never
received notification of the denial from the court and only learned
of it through a phone call. Therefor Novak files a notice of
regarding said action.

April 29, 2013                          Respectfully Submitted,

                                        Lawrence P. Novak