# United States Court of Appeals
## For the First Circuit

No. 13-1782

IN RE: LAWRENCE P. NOVAK,

Petitioner.

Before

Lynch, Chief Judge,
Howard and Kayatta, Circuit Judges.

JUDGMENT

Entered: June 19, 2013

    Petitioner Lawrence Novak has filed a petition for writ of mandamus that appears to be duplicative of a mandamus petition recently denied by this court with a judgment entered in Appeal 13-1667 on June 12, 2013. For the reasons set out in that judgment, the petition for writ of mandamus is **DENIED**.

By the Court:

/s/ Margaret Carter, Clerk.

cc:
Hon. Richard G. Stearns
Robert M. Farrell, Acting Clerk, U.S.D.C. of Massachusetts
Lawrence P. Novak
Michael J. Rossi